UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>AKROTIRI, INC., a New Jersey Profit Corporation; and KIMSCO, INC., a New Jersey Profit Corporation,<br><br>Defendants. | Case No.: 3:17-cv-00464 |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiffs, The Independence Project, Inc. and Ronald Moore, by and through their undersigned counsel, and informs the Court that the Plaintiffs and Defendant Kimsco, Inc., have reached a settlement and anticipate that the settlement documents will be executed within the next sixty (60) days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29th** day of **June, 2017**, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System. I further certify that a true and correct copy of the foregoing will be sent via Notice of Electronic Filing via the Court's CM/ECF System to Attorneys for the Defendant, Hillary A. Fraenkel, Esq., hfraenkel@clausen.com, Clausen, Miller, PC, 100 Campus Drive, Suite 112, Florham Park, NJ 07932.

428230.1

<u>The Independence Project, Inc., et. al. v.</u>
<u>Kimsco, Inc.</u>
Case No.: 3:17-cv-00464

Respectfully submitted,

*/s/ Keith Harris*

Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W Mount Pleasant Avenue, Ste 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esquire, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com